KIRKE LA SHELLE COMPANY, Suing in Its Own Behalf, etc., Respondent, v. THE PAUL ARMSTRONG COMPANY and Another, Appellants, Impleaded

with CATHERINE C. ARMSTRONG, as Administratrix, etc., Respondent.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.